**Dwight A. RUDISILL, Petitioner–Appellant,**

v.

**Darlene DREW, Warden, Respondent–Appellee.**

No. 11–6961.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 21, 2011.

Dwight Alexander Rudisill, Appellant Pro Se.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight A. Rudisill, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Rudisill's informal brief does not challenge the basis for the district court's disposition, Rudisill has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*